CHARLES S. THIDE, on Behalf of Himself and All Other Members of the Moving Picture Machine Operators' Union of Greater New York, Local No. 306, of International Alliance of Theatrical Stage Employees and Moving Picture Operators of the United States and Canada, Respondent, v. SAM KAPLAN, as President of Moving Picture Machine Operators' Union of Greater New York, Local 306, of International Alliance of Theatrical Stage Employees and Moving Picture Operators of the United States and Canada; SAM KAPLAN, Individually, and Others, Appellants.— Resettled order granting, upon condition, motion for substitution of parties plaintiff affirmed, in so far as appealed from, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ., concur.

TILLIE WASSERMAN, Respondent, v. ROBERT LUPTON, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ.

LENA SUSSMAN, Respondent, v. MARY GRAND, Appellant.— Motion for stay granted upon condition that within five days from the entry of the order herein defendant stipulate that the issue be deemed joined twenty days after service of the summons and complaint if the order from which the appeal is taken be affirmed; in the event of the filing of such stipulation defendant may have ten days to answer from the determination of the appeal if the order be affirmed; otherwise, motion for stay denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ.

DRAPER C. ALLEN, Appellant, v. MEEKER ENGINEERING CORPORATION, Respondent.— Order denying plaintiff's motion for a preference affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ., concur.

EDWARD C. BADEAU, Respondent, v. CHARLES R. LEONARD and Others, General Partners, and HARRY W. FREY, a Limited Partner, Doing Business under the Firm Name and Style of MOORE, LEONARD & LYNCH, Appellants. (Action No. 4.) — Order directing examination before trial modified by providing that any two of the defendants, to be designated by plaintiff, appear for examination at the same time, and that from time to time thereafter the other defendants appear, two at a time as required by the plaintiff, until all shall have been examined, if the plaintiff desires to take the depositions of all. As so modified, the order is affirmed, without costs. The examination of the first two defendants, and of each set of two defendants, thereafter to proceed on five days' notice. No opinion. Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ., concur.

CHARLES D. BECKWITH, Appellant, v. CHARLES MACDONALD, as County Engineer of the County of Westchester, and Others, Respondents.— Order denying motion for injunction *pendente lite* affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ., concur.